# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BRION E. SPIDLE, *Deceased, by and through its Successors-in-Interest, B.S. and E.S., minor children*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY OURIQUE,<br><br>Defendant. | Case No. 1:26-cv-04920-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 8) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file an answer or otherwise respond to Plaintiff's complaint. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **September 21, 2026**, to file a responsive brief.

IT IS SO ORDERED.

Dated: **August 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge