# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BRION E. SPIDLE, *Deceased, by and through its Successors-in-Interest, B.S. and E.S., minor children*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY OURIQUE,<br><br>Defendant. | Case No. 1:26-cv-04920-KES-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 13) |

Pending before the Court is a stipulation from the parties regarding an extension of time in which Defendant may file a responsive pleading. For good cause shown, the Court APPROVES the stipulation and ORDERS that Defendant shall have through **October 5, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **September 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge