# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF BRION E. SPIDLE, *Deceased, by and through its Successors-in-Interest, B.S. and E.S., minor children*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY OURIQUE,<br><br>Defendant. | Case No. 1:26-cv-04920-KES-SAB<br><br>ORDER DIRECTING DEFENDANT TO CONSIDER WHETHER TO WITHDRAW MOTION TO DISMISS IN LIGHT OF THE FILING OF THE FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 15, 21)<br><br>**NOVEMBER 3, 2026 DEADLINE** |

On October 5, 2026, Defendant filed a motion to dismiss. (ECF No. 15.) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), on October 26, 2026, Plaintiffs filed a first amended complaint as a matter of course. (ECF No. 21.)

It is well-established in the Ninth Circuit that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent." Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015), quoting Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997) (internal citation omitted), *overruled on other grounds by* Lacey v. Maricopa County, 693 F.3d 896, 927-28 (9th Cir. 2012).

/ / /

/ / /

/ / /

In light of the foregoing, it appears that Defendant's motion to dismiss is now moot. The Court DIRECTS Defendant to consider whether to withdraw the motion to dismiss filed on October 5, 2026. (ECF No. 15.) Defendant shall have through **November 3, 2026**, to withdraw this motion. Should Defendant fail to do so, the Court will be forced to issue findings and recommendations recommending that the motion be denied as moot, which the District Judge will rule on following a fourteen-day objection period.

IT IS SO ORDERED.

Dated: **October 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge