# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ESTATE OF BRION E. SPIDLE, *Deceased by and through its Successors-in-Interest, B.S. and E.S., minor children*, et al.,

Plaintiffs,

v.

JERRY OURIQUE,

Defendant.

Case No. 1:26-cv-04920-KES-SAB

ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING

(ECF No. 25)

Pending before the Court is a stipulation from the parties regarding an extension of time in which Defendants may file a responsive pleading. For good cause shown, the Court APPROVES the stipulation and ORDERS that Defendants shall have through **November 23, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **November 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge